```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 04748
   LEO ROBINSON JR
   CRYSTAL DAWN ROBINSON                       CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-4390     SSN XXX-XX-9921

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/14/2005 and was confirmed 06/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  45.27% from remaining funds.

     The case was paid in full 04/21/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE PRIORITY            790.87           .00           790.87
AMERICAN EXPRESS TRAVEL  UNSECURED          5084.06           .00          2301.40
AMERICAN EXPRESS TRAVEL  NOTICE ONLY    NOT FILED             .00              .00
AMERICAN EXPRESS TRAVEL  UNSECURED OTH  5856.77               .00          2651.36
AMERICAN EXPRESS TRAVEL  NOTICE ONLY    NOT FILED             .00              .00
AMERICAN EXPRESS TRAVEL  UNSECURED           592.14           .00           268.04
AMERICAN EXPRESS TRAVEL  NOTICE ONLY    NOT FILED             .00              .00
AT & T BANKRUPCTY        UNSECURED      NOT FILED             .00              .00
ECAST SETTLEMENT CORP    UNSECURED          4014.66           .00          1817.32
CAPITAL ONE              UNSECURED      NOT FILED             .00              .00
RESURGENT ACQUISITION LL UNSECURED           675.16           .00           305.62
RESURGENT ACQUISITION LL UNSECURED          4895.44           .00          2216.02
CITIBANK                 NOTICE ONLY    NOT FILED             .00              .00
ROUNDUP FUNDING LLC      UNSECURED          4356.97           .00          1972.27
ECAST SETTLEMENT CORP    UNSECURED          6768.67           .00          3063.97
CARMAX AUTO FINANCE      UNSECURED          5448.54           .00          2466.39
FIRST NORTH AMERICAN CRE NOTICE ONLY    NOT FILED             .00              .00
ROUNDUP FUNDING LLC      UNSECURED         10278.01           .00          4652.55
RESURGENT ACQUISITION LL UNSECURED          1876.13           .00           849.27
RESURGENT ACQUISITION LL UNSECURED          1491.82           .00           675.30
HOME DEPOT               NOTICE ONLY    NOT FILED             .00              .00
J C PENNEY               UNSECURED      NOT FILED             .00              .00
ECAST SETTLEMENT CORP    UNSECURED          6040.19           .00          2734.21
MBNA                     NOTICE ONLY    NOT FILED             .00              .00
RESURGENT ACQUISITION LL UNSECURED          1347.13           .00           609.81
SAMS CLUB                NOTICE ONLY    NOT FILED             .00              .00
ECAST SETTLEMENT CORP    UNSECURED          5781.14           .00          2616.95
ECAST SETTLEMENT CORP    UNSECURED          2687.20           .00          1216.41
RESURGENT ACQUISITION LL UNSECURED           282.95           .00           128.08
US CELLULAR              UNSECURED      NOT FILED             .00              .00
FNAC                     UNSECURED      NOT FILED             .00              .00
FIRST NORTH AMERICAN CRE NOTICE ONLY    NOT FILED             .00              .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 04748 LEO ROBINSON JR & CRYSTAL DAWN ROBINSON
```

```
INTERNAL REVENUE SERVICE  UNSECURED            168.32              .00           76.19
ECAST SETTLEMENT CORP     UNSECURED             85.48              .00           38.69
UAW FORD LEGAL SERVICE P  DEBTOR ATTY             .00                              .00
TOM VAUGHN                TRUSTEE                                             1,772.97
DEBTOR REFUND             REFUND                                              1,188.88

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                              RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      34,412.57

PRIORITY                                              790.87
SECURED                                                  .00
UNSECURED                                          30,659.85
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                1,772.97
DEBTOR REFUND                                       1,188.88
                             ---------------      ---------------
TOTALS                       34,412.57             34,412.57
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 08/21/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE